UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| AARON CAMPBELL, ) | |
| ) | |
| Petitioner, ) | |
| ) | No. 5:20-CV-508-REW-HAI |
| v. ) | |
| ) | ORDER |
| DAVID GREEN, ) | |
| ) | |
| Respondent. ) | |

*** *** *** ***

On December 21, 2020, *pro se* Petitioner Aaron Campbell filed a petition under 28 U.S.C. § 2254 for a Writ of Habeas Corpus. DE 1. Petitioner also filed a Motion for Leave to Proceed *in forma pauperis*. DE 2. Judge Ingram recommended the denial, without prejudice, of Petitioner's Motion for Leave to Proceed *in forma pauperis*, based on Petitioner's failure to file an affidavit including the necessary statements required under 28. U.S.C. § 1915 and Rule 3(a) of the Rules Governing Section 2254 Cases. DE 6 (Recommended Disposition). Judge Ingram expressly informed Campbell of his right to object to the recommendation and to secure *de novo* review from the undersigned. *Id.* at 2. The established, 14-day objection deadline has passed, and no party has objected.

The Court is not required to "review . . . a magistrate [judge]'s factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 106 S. Ct. 466, 472 (1985); *see also United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981) (holding that a failure to file objections to a magistrate judge's recommendation waives the right to appellate review); 28 U.S.C. § 636(b)(1) (limiting *de novo* review duty to "those portions" of the recommendation "to

1

which objection is made"). "The law in this Circuit is clear" that a party who fails to object to a magistrate judge's recommendation forfeits the right to appeal its adoption. *United States v. Branch*, 537 F.3d 582, 587 (6th Cir. 2008); *see also United States v. White*, 874 F.3d 490, 495 (6th Cir. 2017) ("When a party . . . fails to lodge a specific objection to a particular aspect of a magistrate judge's report and recommendation, we consider that issue forfeited on appeal.").

Accordingly, the Court **ORDERS** as follows:

1. The Court **ADOPTS** Judge Ingram's recommendation (DE 6);

2. The Court, for the reasons stated, **DENIES** Petitioner Campbell's Motion for Leave to Proceed *in forma pauperis* (DE 2), **without prejudice**;

3. Petitioner Campbell must pay the $5.00 filing fee within 30 days of this Order or, alternatively, he may renew his motion by a corrected filing within that period. If he does neither, the case may be dismissed; and

4. The Clerk shall promptly send a copy of this Order to Petitioner Campbell.

This the 12th day of January, 2021.

Signed By:
*Robert E. Wier*   REW
United States District Judge

2